UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND, *et al.*, | : : : : : | Case No..: 24-cv-151 |
| Plaintiffs, | : : | District Judge Matthew W. McFarland |
| vs. | : : | |
| MITCHELL & SON PLUMBING LLC, an Ohio Limited Liability Company, | : : : | **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | : : | |

NOW COME Plaintiffs, the BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND, *et al.*, by and through their attorney, Joseph E. Mallon of JOHNSON & KROL, LLC, and move this Honorable Court to enter a Default Judgment against Defendant MITCHELL & SON PLUMBING LLC ("MITCHELL & SON") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and in support, state as follows:

1. On March 20, 2024, Plaintiffs filed their Complaint against Defendant MITCHELL & SON pursuant to Sections 502 and 515 of the Employee Retirement Income Security Act (29 U.S.C. §§ 1132 and 1145) and Section 301 of the Labor-Management Relations Act (29 U.S.C. § 185), alleging a breach of the Collective Bargaining Agreement ("CBA") and seeking a judgement against MITCHELL & SON for unpaid contributions and dues, along with the resulting liquidated damages, plus attorneys' fees and costs.  (Docket No. 1).

2. On March 20, 2024, the Deputy Clerk of the U.S. District Court for the Southern District of Ohio issued a Summons ordering Defendant MITCHELL & SON to answer within twenty-one (21) days of being served with the Summons and Complaint.

3. After Plaintiffs were unable to locate MITCHELL & SON's Registered Agent, Plaintiffs served the Ohio Secretary of State pursuant to Section 1706.09(H)(2) of the Ohio Revised Code. (Docket No. 4).

4. On July 8, 2024, the Ohio Secretary of State accepted service of the Summons and Complaint on behalf of Defendant MITCHELL & SON. (Docket No. 4).

5. On August 26, 2024, Plaintiffs filed their Application to Clerk for Entry of Default. (Docket No. 6).

6. On August 27, 2024, the Clerk entered a Default as to MITCHELL & SON. (Docket No. 7).

7. This case involves Defendant MITCHELL & SON's failure to pay contributions and union dues, which resulted in liquidated damages being assessed, as required by the terms of the CBA in effect for the period of July 1, 2022, through May 31, 2025.

8. MITCHELL & SON failed to pay contributions and union dues for the months of May 2023 through December 2023 in the amount of $17,052.36. (Affidavit of Rinda Hoffman is attached as **Exhibit A**).

9. As a result of the unpaid contributions and union dues, MITCHELL & SON owes liquidated damages in the amount of $1,272.21. (**Exhibit A**).

10. Plaintiffs have been required to employ the undersigned counsel to collect the amounts due and owing from MITCHELL & SON.

11. Defendant MITCHELL & SON is obligated to pay the reasonable attorneys' fees and court costs incurred by Plaintiffs pursuant to the CBA, the Trust Agreements, and 29 U.S.C. § 1132(g)(2)(D).

12. Plaintiffs have expended in excess of $11,696.74 in attorneys' fees and court costs.

(Affidavit of Attorneys' Fees and Costs is attached as **Exhibit B**).

13. A Proposed Order has been submitted for the Court's review. (Proposed Default Judgment Order is attached as **Exhibit C**).

**WHEREFORE**, Plaintiffs respectfully request:

A. Judgment be entered in favor of Plaintiffs and against Defendant MITCHELL & SON in the amount of $30,021.31, itemized as follows:

 i. $17,052.36 in unpaid contributions and dues for the period of May through December 2023;

 ii. $1,272.21 in liquidated damages for the months of May 2023 through December 2023; and

 iii. $11,696.74 in attorneys' fees and costs.

B. Plaintiffs have such other and further relief as the Court may deem just and equitable all at Defendant MITCHELL & SON's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

Respectfully Submitted,

**BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE LOCAL UNION NO. 392 PENSION FUND,** *et al.*

 /s/ Joseph E. Mallon
Joseph E. Mallon (0085786)
Johnson & Krol, LLC
450 E 96th St, Suite 500
Indianapolis, IN 46240
(317) 218-4779
mallon@johnsonkrol.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 12, 2024, he served a copy of the foregoing **Motion for Default Judgment** upon Defendant Mitchell & Son Plumbing, LLC via U.S. First-Class Mail at the address below:

**Mitchell & Son Plumbing, LLC**
c/o President and Registered Agent, Larry Mitchell Sr.
6078 Ohio 128
Cleves, OH 45002

                                                   /s/ Joseph E. Mallon
                                             *One of Plaintiffs' Attorneys*