## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND, et al., | : : : : : : | Case No. 1:24-cv-151 Judge<br><br>Matthew W. McFarland |
| Plaintiffs, | : : | |
| v. | : : | |
| MITCHELL & SON PLUMBING LLC, an Ohio Limited Liability Company, | : : : | |
| Defendant. | : | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This case is before the Court on the Motion for Default Judgment (Doc. 8) filed by

Plaintiffs Board of Trustees of the Plumbers, Pipefitters & Mechanical Equipment

Service, Local Union No. 392 Pension Fund, *et al.*, filed along with supporting affidavits.

For good cause shown, Plaintiffs' Motion (Doc. 8) is **GRANTED**.  Default judgment is

hereby **ENTERED** against Defendant Mitchell & Son Plumbing LLC, in the amount of

$30,021.31, plus statutory interest from the date of judgment until paid in full.  Plaintiffs

are **ORDERED** to file with the Clerk's office within 30 days a bill of costs with an

itemized accounting.

   **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND