**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND, *et al.*, | : : : : : | Case No.: 24-cv-151 |
| Plaintiffs, | : : : | District Judge Matthew W. McFarland |
| vs. | : : | |
| MITCHELL & SON PLUMBING LLC, an Ohio Limited Liability Company, | : : : | **PLAINTIFFS' MOTION FOR DISBURSEMENT OF FUNDS** |
| Defendant. | : : | |

NOW COME Plaintiffs, the BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND, *et al.*, by and through their attorney, Joseph E. Mallon of JOHNSON & KROL, LLC, and move this Honorable Court for an order authorizing the disbursement of funds currently held in this Court's registry pursuant to the garnishment order issued on August 20, 2025, and in support, state as follows:

1.    On August 20, 2025, this Court issued an Order and Notice of Garnishment of Property Other than Personal Earnings and Answer of Garnishee against Defendant MITCHELL & SON PLUMBING, LLC ("Mitchell"), directing PNC BANK ("PNC") to complete the Answer of Garnishee and return it to this Court. The order required PNC to hold safely any money, property, or credits belonging to Defendant Mitchell that are not exempt from garnishment under Ohio or federal law.  (Docket No. 12).

2.    On December 15, 2025, PNC filed its Answer of Garnishee, indicating that it held $2,012.09 on behalf of Defendant Mitchell, and paid to the Clerk of the Court $2,012.09. (Docket Nos. 15 & 16).

3.      Plaintiffs now seek an order from this Court authorizing the disbursement of the funds currently held in the Court's registry. The amount of $2,012.09, deposited by PNC, should be disbursed to Plaintiffs to partially satisfy the judgment amount owed by Defendant Mitchell.

4.      Plaintiffs seek disbursement of $2,012.09 by means of check to their attorney's Chicago office, addressed as follows:

Johnson & Krol, LLC
Attn: Spencer J. Garner
311 S Wacker Dr., Suite 1050
Chicago, IL 60606

5.      A Proposed Order has been submitted for this Court's review. (Proposed Disbursement Order is attached as **Exhibit A**).


        **WHEREFORE**, Plaintiffs respectfully request that:

A.      This Honorable Court issue an order authorizing the disbursement of funds in the amount of $2,012.09 currently held in the Court's registry by check to their attorney, Joseph E. Mallon, at the address provided, to partially satisfy the judgment against Defendant Mitchell; and

B.      Plaintiffs have any other and further relief as the Court may deem just and equitable all at Defendant Mitchell's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).


                                Respectfully Submitted,

                                **BOARD OF TRUSTEES OF THE PLUMBERS,
                                PIPEFITTERS & MECHANICAL
                                EQUIPMENT SERVICE LOCAL UNION NO.
                                392 PENSION FUND,** *et al.*

                                 /s/  Joseph E. Mallon_____
                                Joseph E. Mallon (0085786)

Johnson & Krol, LLC
11611 N Meridian St, Suite 310
Carmel, IN 46032
(317) 218-4779
mallon@johnsonkrol.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on February 5, 2026, he served a copy of the foregoing **Motion for Disbursement of Funds** and **Proposed Order for Disbursement of Funds** upon Defendant Mitchell & Son Plumbing, LLC via U.S. First-Class Mail at the address below:

**Mitchell & Son Plumbing, LLC**
c/o President and Registered Agent, Larry Mitchell Sr.
6078 Ohio 128
Cleves, OH 45002


/s/ Joseph E. Mallon
*One of Plaintiffs' Attorneys*